ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
ROBERT I. LESTER
Assistant United States Attorney
California State Bar No. 116429
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2464
    Facsimile: (213) 894-7819
    robert.lester@usdoj.gov

Attorneys for Defendants
Attorney General Eric Holder Jr.; Secretary of State
Hillary Clinton; U.S. Counselor Section of U.S. Embassy, etc.,
and Vermont Service Center

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ROYA ZIAEIAZIMI, ALI SHIVAFAR, ATLANTIC VESTA RESIDENTIAL DEVELOP.<br><br>    Plaintiffs,<br><br>  v.<br><br>ERIC HOLDER JR. - U.S. A.G.; U.S. Consular Section of U.S. Embassy, Ankara Turkey - Consular General; HILLARY CLINTON, U.S. Sec. of State; VSC; and Does 1-9<br><br>    Defendants. | No. SACV 11-1643-AG(JPRx)<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

1 | Pursuant to stipulation, IT IS HEREBY ORDERED that the
2 | action is dismissed without prejudice. Each side shall bear its
3 | own attorney's fees and costs.
4 | DATED: February 27, 2012

_____
UNITED STATES DISTRICT JUDGE
ANDREW J. GUILFORD

2