1  ANDRÉ BIROTTE JR.
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division                    JS - 6
   ROBERT I. LESTER
4  Assistant United States Attorney
   California State Bar No. 116429
5       Room 7516, Federal Building
        300 North Los Angeles Street
6       Los Angeles, California  90012
        Telephone: (213) 894-2464
7       Facsimile: (213) 894-7819
        robert.lester@usdoj.gov
8
   Attorneys for Defendants
9  Attorney General Eric Holder Jr.; Secretary of State
   Hillary Clinton; U.S. Counselor Section of U.S. Embassy, etc.,
10 and Vermont Service Center

11

12
                    UNITED STATES DISTRICT COURT
13
                  CENTRAL DISTRICT OF CALIFORNIA
14
                        SOUTHERN DIVISION
15
   ROYA ZIAEIAZIMI, ALI SHIVAFAR,     ) No. SACV 11-1643-AG(JPRx)
16 ATLANTIC VESTA RESIDENTIAL DEVELOP. )
                                      )
17          Plaintiffs,               )
                                      )
18     v.                             ) **ORDER DISMISSING ACTION**
                                      ) **WITHOUT PREJUDICE**
19 ERIC HOLDER JR. - U.S. A.G.; U.S.  )
   Consular Section of U.S. Embassy,  )
20 Ankara Turkey - Consular General;  )
   HILLARY CLINTON, U.S. Sec. of State;)
21 VSC; and Does 1-9                  )
                                      )
22          Defendants.               )
   _____)
23

24

25

26

27

28

1     Pursuant to stipulation, IT IS HEREBY ORDERED that the
2 action is dismissed without prejudice. Each side shall bear its
3 own attorney's fees and costs.

4 DATED: February 27, 2012

_____
UNITED STATES DISTRICT JUDGE
ANDREW J. GUILFORD

2